UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FLOWERHORN, INC. and HNJ GROUP, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | 19 C 2372 |
| | ) | |
| | ) | Judge Gary Feinerman |
| vs. | ) | |
| | ) | |
| HOT N JUICY CRAB TINLEY PARK, INC. and | ) | |
| HOT N JUICY CRAB INCORPORATED, | ) | |
| | ) | |
| Defendants. | ) | |

**TEMPORARY RESTRAINING ORDER**

IT IS HEREBY ORDERED that:

(1) By May 24, 2019, Defendants must not employ "QUICKIE LUNCH DEAL" directly or indirectly with respect to the offer or provision of restaurant services, including but not limited to use as a name, slogan, design, or logo, or in advertisements, marketing materials, promotions, communications, websites, or emails. from their menus, advertisements, and all other materials used in their business; and

(2) By June 3, 2019, Defendants must not employ "#HotNJuicy" directly or indirectly with respect to the offer or provision of restaurant services, including but not limited to use as a name, slogan, design, or logo, or in advertisements, marketing materials, promotions, communications, websites, or emails. from their menus, advertisements, and all other materials used in their business.

This TRO shall expire on May 28, at 8:00 a.m.

May 14, 2019

_____
United States District Judge