# EXHIBIT 7

## Smeltzer, Robert H.

| | |
|---|---|
| **From:** | Michael La Porte <mrl@fg-law.com> |
| **Sent:** | Monday, August 19, 2019 11:32 AM |
| **To:** | Smeltzer, Robert H. |
| **Subject:** | Re: Hot n Juicy |

EXTERNAL EMAIL: Do not implicitly trust the sender's identity or any information contained within, including attachments.

Rob:

I'm talking to my guys today. I should have some information for you on timing later today or tomorrow.

Michael

On 8/16/19, 2:31 PM, "Smeltzer, Robert H." <rsmeltzer@howardandhoward.com> wrote:

> Any update on production? R
>
> Sent from my iPhone
>
> Robert H. Smeltzer
> Attorney and Counselor
> Howard & Howard Attorneys
> 200 S. Michigan Ave., Ste. 1100, Chicago, IL 60604
> E: rsmeltzer@howardandhoward.com
> D: 312.456.3409  C: 312.560.0063  F: 312.939.5617
>
> NOTICE: Information contained in this transmission to the named addressee is proprietary information and is subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or distribution thereof.
>
> ELECTRONIC SIGNATURE: Nothing contained in this communication is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.